**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MICHAL KRZYWDZIK,

     Petitioner,

v.                                            No. 2:26-cv-2031-SMD-SCY

FNU LNU,

     Respondent.

**ORDER DIRECTING AMENDMENT**

Before the Court is Petitioner's Letter (Doc. 1), filed June 24, 2026.  Petitioner states he is in immigration detention at the Otero County Processing Center and has been in detention for almost 9 months.  Petitioner asks the Court to be moved closer to his family while his immigration proceedings are pending.  *See* (Doc. 1).  On this record, the Court cannot adequately evaluate Petitioner's claims under Habeas Rules 1 and 4 to determine whether the Government should file an answer.  Petitioner does not specify the grounds for challenging the legality of his detention, what process he has received so far, or whether he is detained pursuant to 8 U.S.C. § 1226; 8 U.S.C. § 1231; or some other statute.

The Court will require Petitioner to file a single amended Section 2241 petition within 21 days of entry of this Order.  The Clerk's Office has mailed Petitioner a blank Section 2241 form to assist with any amendment.  The amendment should specify: (1) when Petitioner entered the United States; (2) what process (bond hearings, removal hearings, etc…) Petitioner has received so far and the reason for any denial of bond; (3) whether/when the immigration court entered a removal order; and (4) the status of any immigration appeals.  Petitioner may find it

helpful to include any orders from the immigration court, but documentary evidence is not required at this stage.   By the same date, Petitioner must pay the $5.00 habeas filing fee or file a motion to proceed in forma pauperis.   All documents filed in this case must include the case number, Civ. No. 26-2031-SMD-SCY.   The failure to timely comply with this Order may result in dismissal of this case without prejudice.

**IT IS THEREFORE ORDERED** that **within 21 days** of entry of this Order, Petitioner shall file an amended Section 2241 petition, as set forth above.   By the same deadline, Petitioner shall pay the $5.00 habeas filing fee or file a motion to proceed *in forma pauperis*,

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE

2