# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MICHAL KRZYWDZIK,

     Petitioner,

v.                                                  No. 26-cv-2031-SMD-SCY

FNU LNU,

     Respondent.

## ORDER OF DISMISSAL

This matter is before the Court following Petitioner's failure to prosecute his *pro se* Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) (Petition). Petitioner filed the Petition while in immigration custody at the Otero County Processing Center in New Mexico. By an Order Directing Amendment entered June 26, 2026, the Court directed Petitioner to file an amended petition and specify the grounds for challenging the legality of his detention, what process he has received so far, and whether he is detained pursuant to 8 U.S.C. § 1226; 8 U.S.C. § 1231; or some other statute. (Doc. 3). The Court further directed Petitioner to pay the $5.00 habeas filing fee or file a motion to proceed in forma pauperis. *Id.* at 2. The Order warns that failure to timely comply may result in dismissal of this action without further notice. *Id.*

The deadline to comply with the Order Directing Amendment was July 17, 2026. Petitioner did not comply, show cause for such failure, or otherwise respond to the Order. Accordingly, the Court will dismiss the Petition without prejudice pursuant to Fed. R. Civ. P. 41(b) "for failure to prosecute [and] comply with court orders." *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003). To the extent necessary, the Court will also deny a certificate of

appealability (COA) under Habeas Corpus Rule 11, as the failure to prosecute is not reasonably debatable.   *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (to obtain COA, the petitioner "must demonstrate that reasonable jurists would find the district court's assessment . . . debatable or wrong"); *DeAtley v. Williams*, 782 F. App'x 736, 737 (10th Cir. 2019) (declining to issue a COA after district court dismissed habeas petition under Rule 41(b)).

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (**Doc. 1**) is **DISMISSED** without prejudice; a certificate of appealability is **DENIED**; and the Court will enter a separate judgment closing this civil case.

**IT IS SO ORDERED**.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE

2